159 So. 921

### Monroe SUGGS v. STATE.
### 8 Div. 40.

Court of Appeals of Alabama.
Feb. 12, 1935.

RICE, Judge.
Affirmed.

159 So. 896

### Lavoid, alias Levoid, alias Levoyd, SULLIVAN
### v. STATE.
### 1 Div. 175.

Court of Appeals of Alabama.
Dec. 18, 1934.

SAMFORD, Judge.
Affirmed.

155 So. 924

### Archie SWADER and Huel Swader v. STATE.
### 7 Div. 54.

Court of Appeals of Alabama.
June 5, 1934.

Scott & Dawson, of Fort Payne, for appellants.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Reversed and remanded.

153 So. 924

### Clarence SWAFFORD v. STATE.
### 8 Div. 840.

Court of Appeals of Alabama.
March 6, 1934.

Douglass Taylor, of Huntsville, and Milo Moody, of Scottsboro, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The trial was in all things regular, and the evidence was sufficient to sustain the verdict.

Motion for a new trial was made and overruled. The evidence offered on the motion for a new trial was not sufficient to warrant the trial court in setting aside the verdict. The action of the court in overruling the motion was free from error.

The judgment is affirmed.
Affirmed.

153 So. 924

### Bill, alias William, SWANN v. STATE.
### 4 Div. 13.

Court of Appeals of Alabama.
April 10, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

161 So. 922

### Oliver SWEAT v. STATE.
### 8 Div. 996.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

162 So. 926

### James M. TANKERSLEY v. STATE.
### 8 Div. 124.

Court of Appeals of Alabama.
June 11, 1935.

BRICKEN, Presiding Judge.
Affirmed.